UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

        v.        Case No.  07-cr-55-01-SM

Richard Ouellette

O R D E R

Defendant Ouellette's motion to continue the final pretrial conference and trial is granted  (document 28).   Trial has been rescheduled for the July  2008 trial period.   Defendant Ouellette  shall file a waiver of speedy trial rights not later than June 12, 2008.   On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference or Change of Plea :**   June 19, 2008 at 9:30 a.m.

**Jury Selection**:  July 8, 2008 at 9:30 a.m.

SO ORDERED.

/s/ Steven J. McAuliffe
Steven J. McAuliffe
Chief Judge

June 2, 2008

cc: Jaye Rancourt, Esq.
    Terry Ollila, AUSA
    US Probation
    US Marshal